TACO METALS, INC., Plaintiff–
Cross Appellant,

v.

TIGRESS TRADING CO., INC. and
Roger Wilcox, Defendants–
Appellants.

Nos. 02–1605, 02–1632.

United States Court of Appeals,
Federal Circuit.

May 16, 2003.

Before NEWMAN, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
SCHALL, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED: *AFFIRMED. See* Fed. Cir.
R. 36

Robert B. BATESON, Bruce A. Bonds,
Leon Brown, Harold S. Cohen, Cecil
W. Davis, Robert Dolark, Jimmie D.
Holmes, Robert G. Lawton, Bruce E.
Long, William M. Seward, Mark J.
Siniard, and Billy J. Wineinger, Plain-
tiffs–Appellants,

v.

UNITED STATES, Defendant–Appelee.

No. 02–5091.

United States Court of Appeals,
Federal Circuit.

May 22, 2003.

Before LINN, Circuit Judge, ARCHER,
Senior Circuit Judge, and DYK, Circuit
Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.